AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Maria G. Juarez

Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner,
Social Security Administration

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-02154-JCM-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that fees and expenses in the amount of $2,500.00 as authorized by 28 U.S.C. § 2412, be awarded to Maria G. Juarez subject to the terms of the Stipulation.

August 27, 2015

Date

/s/ Lance S. Wilson

Clerk

/s/ Molly Morrison

(By) Deputy Clerk